# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2015

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)  Miller, Jr., Charles S. | 2. Court or Organization  District of North Dakota | 3. Date of Report  09/27/2016 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)  Magistrate Judge - full time | 5a. Report Type (check appropriate type)  ☐ Nomination   Date  ☐ Initial  ☑ Annual  ☐ Final  5b. ☑ Amended Report | 6. Reporting Period  01/01/2015  to  12/31/2015 |

| 7. Chambers or Office Address  220 East Rosser Ave  P.O. Box 670  Bismarck, ND 58502 |
|---|

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Director and President | Missouri Valley YMCA |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Miller, Jr., Charles S. | 09/27/2016 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

✔ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

✔ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

✔ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Miller, Jr., Charles S. | 09/27/2016 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Miller, Jr., Charles S. | 09/27/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Wells Fargo Bank Accounts | A | Interest | K | T | | | | | |
| 2. | | | | | | | | | |
| 3. | | | | | | | | | |
| 4. Brokerage #1 | | | | | | | | | |
| 5. --RTK--Common Stock | | None | J | T | | | | | |
| 6. --Fidelity Brokerage Services LLC Cash Account | A | Interest | J | T | | | | | |
| 7. | | | | | | | | | |
| 8. | | | | | | | | | |
| 9. Brokerage #2 | | | | | | | | | |
| 10. --Schwab Money Market Fund | | None | J | T | | | | | |
| 11. | | | | | | | | | |
| 12. | | | | | | | | | |
| 13. IRA #1 | C | Dividend | M | T | | | | | |
| 14. --Fidelity Contrafund | | | | | | | | | |
| 15. --Fidelity Puritan Fund | | | | | | | | | |
| 16. | | | | | | | | | |
| 17. | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Miller, Jr., Charles S. | 09/27/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. IRA #2 (spouse) | A | Int./Div. | M | T | | | | | |
| 19. --Schwab Money Market Fund | | | | | | | | | |
| 20. --Schwab Cash Account | | | | | | | | | |
| 21. --ProFunds Consumer Services UltraSector Fd | | | | | Buy | 06/24/15 | K | | |
| 22. | | | | | Sold | 08/21/15 | K | | |
| 23. --ProFunds NASDAQ 100 Fd | | | | | Buy | 06/23/15 | K | | |
| 24. | | | | | Sold | 07/01/15 | K | | |
| 25. --ProFunds Rising US Dollar Fd | | | | | Buy | 01/08/15 | J | | |
| 26. | | | | | Buy (add'l) | 01/16/15 | J | | |
| 27. | | | | | Sold | 02/06/15 | J | A | |
| 28. --ProFunds Ultra Int'l Equity Fd | | | | | Buy | 03/16/15 | J | | |
| 29. | | | | | Buy (add'l) | 05/04/15 | J | | |
| 30. | | | | | Sold | 06/02/15 | K | A | |
| 31. --ProFunds Ultra Japan Fund | | | | | Buy | 02/26/15 | J | | |
| 32. | | | | | Sold | 05/01/15 | J | A | |
| 33. | | | | | Buy | 06/26/15 | K | | |
| 34. | | | | | Sold | 07/09/15 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. --ProFunds Ultra Small-Cap Fd | | | | | Sold | 01/16/15 | K | | |
| 36. --ProFunds UltraSector Health Care Fd | | | | | Sold (part) | 04/08/15 | J | A | |
| 37. | | | | | Sold | 05/04/15 | J | B | |
| 38. | | | | | Buy | 11/03/15 | J | | |
| 39. | | | | | Buy (add'l) | 11/09/15 | J | | |
| 40. --ProFunds Ultra Utilities Fd | | | | | Sold (part) | 01/16/15 | J | A | |
| 41. | | | | | Buy | 06/26/15 | K | | |
| 42. | | | | | Sold | 05/06/15 | K | A | |
| 43. --Rydex Basic Consumer Products Fd | | | | | Buy | 10/23/15 | J | | |
| 44. | | | | | Sold | 10/29/15 | J | | |
| 45. --Rydex Biotechnology Fd | | | | | Buy | 10/29/15 | J | | |
| 46. | | | | | Buy (add'l) | 12/17/15 | J | | |
| 47. --Rydex Dynamic Strengthening US Dollar Fd | | | | | Buy | 11/06/15 | K | | |
| 48. | | | | | Sold | 12/09/15 | K | | |
| 49. --Rydex Dynamic Weakening US Dollar Fd | | | | | Buy | 06/11/15 | K | | |
| 50. | | | | | Sold | 06/26/15 | K | | |
| 51. --Rydex Energy Fd | | | | | Buy | 08/12/15 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Miller, Jr., Charles S. | 09/27/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Sold | 08/21/15 | K | | |
| 53. --Rydex Health Care Fund | | | | | Sold (part) | 01/15/15 | J | A | |
| 54. | | | | | Sold | 04/29/15 | K | C | |
| 55. | | | | | Buy | 06/26/15 | K | | |
| 56. | | | | | Sold | 08/07/15 | K | | |
| 57. --Rydex Inverse Mid Cap Fd | | | | | Buy | 09/18/15 | J | | |
| 58. | | | | | Sold | 11/03/15 | J | | |
| 59. --Rydex Inverse NASDAQ 100 Fd | | | | | Buy | 07/09/15 | J | | |
| 60. | | | | | Sold | 10/23/15 | J | | |
| 61. --Rydex Inverse Russel 2000 Fd | | | | | Buy | 09/18/15 | J | | |
| 62. | | | | | Buy (add'l) | 10/14/15 | J | | |
| 63. | | | | | Sold | 11/06/15 | K | | |
| 64. --Rydex Inverse S&P 500 Fd | | | | | Buy | 07/09/15 | J | | |
| 65. | | | | | Sold | 11/02/15 | J | | |
| 66. --Rydex Nasdaq 100 Fund | | | | | Buy | 02/11/15 | K | | |
| 67. | | | | | Buy (add'l) | 04/22/15 | J | | |
| 68. | | | | | Sold | 08/04/15 | K | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Miller, Jr., Charles S. | 09/27/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Buy | 12/29/15 | K | | |
| 70. --Rydex Nova Fd | | | | | Buy | 02/06/15 | K | | |
| 71. | | | | | Sold | 02/25/15 | K | A | |
| 72. --Rydex Precious Metals Fund | | | | | Buy | 01/20/15 | J | | |
| 73. | | | | | Buy (add'l) | 03/27/15 | J | | |
| 74. | | | | | Sold (part) | 02/20/15 | J | | |
| 75. | | | | | Buy (add'l) | 05/04/15 | J | | |
| 76. | | | | | Sold | 05/21/15 | K | A | |
| 77. | | | | | Buy | 08/20/15 | J | | |
| 78. | | | | | Buy (add'l) | 08/21/15 | J | | |
| 79. | | | | | Sold | 10/27/15 | K | A | |
| 80. | | | | | Buy | 12/08/15 | J | | |
| 81. --Rydex Real Estate FD | | | | | Sold | 02/05/15 | K | B | |
| 82. --Rydex S&P 500 Index Fd | | | | | Sold | 02/25/15 | K | B | |
| 83. --Rydex S&P Mid Cap 400 Pure Value Fd | | | | | Sold | 01/08/15 | J | | |
| 84. --Rydex Transportation Fd | | | | | Buy | 11/20/15 | J | | |
| 85. | | | | | Sold | 12/28/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Miller, Jr., Charles S. | 09/27/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. --Schwab S&P 500 Fd | | | | | Buy (add'l) | 12/21/15 | J | | |
| 87. | | | | | Sold (part) | 12/29/15 | J | A | |
| 88. --Schwab Fundamental Int'l Small Co. Fd. | | | | | Buy | 03/20/15 | J | | |
| 89. | | | | | Buy (add'l) | 05/15/15 | J | | |
| 90. | | | | | Sold | 06/23/15 | K | A | |
| 91. --Schwab Large-Cap Growth Fd | | | | | Buy | 02/04/15 | J | | |
| 92. | | | | | Buy (add'l) | 02/05/15 | J | | |
| 93. | | | | | Sold | 10/13/15 | K | | |
| 94. --Tocqueville Gold Fund | | | | | Buy | 09/25/15 | J | | |
| 95. | | | | | | | | | |
| 96. | | | | | | | | | |
| 97. SEP (spouse) | | | | | Closed | | | | |
| 98. --(Rolled over into IRA#2 spouse) | | | | | | | | | |
| 99. | | | | | | | | | |
| 100. | | | | | | | | | |
| 101. Wells Fargo Rollover C/F - Rollover IRA | E | Int./Div. | O | T | | | | | |
| 102. --Wells Fargo Cash Sweep Account | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Miller, Jr., Charles S. | 09/27/2016 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. --Vanguard Energy ETF (VDE) | | | | | | | | | |
| 104. --Vanguard Intermediate Bond ETF (BIV) | | | | | | | | | |
| 105. --Vanguard Small Cap Growth Fd (VBK) | | | | | Buy | 04/16/15 | K | | |
| 106. --Convertible notes payable by CBIO due 8/19/18 | | | | | Spinoff (from line 118) | 08/20/15 | J | | |
| 107. --AAPL | | | | | Sold (part) | 01/26/15 | K | D | |
| 108. | | | | | Sold (part) | 04/16/15 | K | D | |
| 109. | | | | | Buy (add'l) | 09/08/15 | J | | |
| 110. --ABT | | | | | | | | | |
| 111. --BKS | | | | | | | | | |
| 112. --BNED | | | | | Spinoff (from line 113) | 08/03/15 | J | | |
| 113. --BNS | | | | | | | | | |
| 114. --CAG | | | | | | | | | |
| 115. --CAT | | | | | Buy | 01/26/15 | K | | |
| 116. --CBI | | | | | Buy | 02/03/15 | J | | |
| 117. | | | | | Sold | 04/16/15 | J | C | |
| 118. --CBIO (merged with TRGT and renamed CBIO) | | | | | Open | 08/20/15 | J | | |
| 119. --CSCO | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Miller, Jr., Charles S. | 09/27/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. --EMR | | | | | | | | | |
| 121. --ETN | | | | | | | | | |
| 122. --FCX | | | | | Buy (add'l) | 12/09/15 | J | | |
| 123. --GIS | | | | | | | | | |
| 124. --HRL | | | | | | | | | |
| 125. --INTC | | | | | | | | | |
| 126. --JNJ | | | | | | | | | |
| 127. --KMT | | | | | Buy | 01/15/15 | J | | |
| 128. | | | | | Sold | 02/03/15 | J | A | |
| 129. --LBRDK | | | | | Buy | 02/03/15 | J | | |
| 130. | | | | | Sold | 04/16/15 | J | B | |
| 131. --LEG | | | | | Buy (add'l) | 10/19/15 | J | | |
| 132. --MCD | | | | | | | | | |
| 133. --MMM | | | | | | | | | |
| 134. --NAQ | | | | | | | | | |
| 135. --NAT | | | | | | | | | |
| 136. --NSC | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Miller, Jr., Charles S. | 09/27/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. --PG | | | | | | | | | |
| 138. --RMCF | | | | | Buy | 02/03/15 | J | | |
| 139. | | | | | Buy (add'l) | 09/11/15 | J | | |
| 140. | | | | | Buy (add'l) | 12/09/15 | J | | |
| 141. --RY | | | | | | | | | |
| 142. --SJM | | | | | | | | | |
| 143. --SORL | | | | | Buy | 03/05/15 | J | | |
| 144. --SYY | | | | | | | | | |
| 145. --TD | | | | | | | | | |
| 146. --TREX | | | | | Buy | 10/19/15 | J | | |
| 147. --TRGT | | | | | Merged (with line 118) | 08/20/15 | J | | |
| 148. --TRST | | | | | | | | | |
| 149. --UNP | | | | | | | | | |
| 150. --UTX | | | | | | | | | |
| 151. --XLNX | | | | | Sold | 02/03/15 | J | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Miller, Jr., Charles S. | 09/27/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Charles S. Miller, Jr.**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544